

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00438-CV

———————————————

In re E.H., Relator

---

Original Proceeding
County Court at Law No. 1 of Parker County, Texas
Trial Court No. CIV-24-0653

---

Before Bassel, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's first amended emergency petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's first amended emergency petition for writ of mandamus is denied.

Per Curiam

Delivered: October 8, 2024